UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICIA PEYTON                                                           PLAINTIFF

VERSUS                           CIVIL ACTION NO: 5:10-CV-136-DCB-JMR

CITY OF YAZOO CITY,
MISSISSIPPI, ET AL.                                                     DEFENDANTS

## ORDER GRANTING MOTION TO SEAL DOCUMENT

This cause having come before the Court on the Motion to Seal Document [docket entry no. 109] by Defendants the City of Yazoo City, Linda Caston, Harrell Granberry, Jack Varner, McArthur Straughter, James Magee, Hattie Willliams, Mickey Reilly, and Shirley Knight (collectively, "Municipal Defendants"). Municipal Defendants move to seal Exhibit 8 to their Motion for Summary Judgment [docket entry no. 99-12] because it contains social security numbers.

**IT IS HEREBY ORDERED THAT** Municipal Defendants' Motion is **GRANTED** and docket entry no. 99-12 be sealed. Municipal Defendants may thereafter re-filed a redacted copy of the exhibit.

**SO ORDERED**, this the 12th day of November 2010.

                                              s/ David Bramlette
                                       **UNITED STATES DISTRICT JUDGE**